IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-00041-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER ON |
| ) | DEFENDANT'S MOTION TO |
| ) | SEAL SENTENCING |
| v. ) | MEMORANDUM |
| ) | |
| GREGORY ORLANDO GAUSE, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the motion of Defendant Gregory Orlando Gause to seal his motion for downward variance and incorporated sentencing memorandum (DE 40). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 40 shall remain under seal.

IT IS SO ORDERED.

This the 28th day of December, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge